No. 91–2029.  JRR REALTY ET AL. v. NATIONAL LABOR RELATIONS BOARD.  C. A. D. C. Cir.  Certiorari denied.

No. 91–2031.  JOY TECHNOLOGIES, INC. v. MANBECK, COMMISSIONER OF PATENTS AND TRADEMARKS.  C. A. Fed. Cir.  Certiorari denied.

No. 91–2032.  TRANSOIL (JERSEY) LTD. v. BELCHER OIL CO.  C. A. 5th Cir.  Certiorari denied.

No. 91–2033.  ALEXANDER ET AL. v. HELMS, ADMINISTRATOR OF ESTATE OF JACKSON.  Ct. App. N. C.  Certiorari denied.

No. 91–2034.  J. M. v. V. C.; and
No. 91–2040.  J. M., GUARDIAN AD LITEM OF HIS UNBORN CHILD v. V. C.  Sup. Ct. N. J.  Certiorari denied.

No. 91–2035.  BRADFORD v. WHITLEY, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 91–2036.  WHALEN v. OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 91–2037.  WISCONSIN ET AL. v. LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 91–2039.  MASON ET AL. v. JUDGES, UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 91–2041.  HARRIS v. FIRST NATIONAL BANK OF SPENCER ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 91–2042.  FAGG v. UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 91–2043.  PRICELESS SALES & SERVICE, INC. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.